# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

November 26, 2018

Hon. Cathy Seibel
United States District Judge (SDNY)
300 Quarropas Street
White Plains, NY 10601
Attn: **Chambers**

Re:   U.S. v. Clint Edwards, 18 Cr. 163-01 (CS)
       SUPPLEMENTAL SENTENCE SUBMISSION
       *REQUEST FOR PERMISSION TO FILE ENCLOSURE UNDER **SEAL***

Your Honor:

   Clint Edwards submits this as supplement to his original submission (ECF 37). Enclosed is a DVD containing a copy of a June 14, 2017 videotaped interview of the 14-year-old minor. Your Honor may consider the interview relevant to the nature and circumstances of the offense and the history and characteristics of the defendant. 18 USC §3553(a)(1).

   Edwards requests that the enclosed DVD be filed under *Seal* to protect the privacy of the minor.  Sealing is appropriate as the minor discusses her sexual activities with the defendant, and (unrelated) others, during the videotaped interview. The DVD contains two files. The first file is 23 minutes and 44 seconds, while the second file is one hour, one minute and 55 seconds in duration.

   The defense requests that the enclosure not be docketed, and if filed, be filed **Under Seal**. This letter, however, will be filed without the enclosure on ECF.

                                               Respectfully submitted,

                                               *[signature]*

                                               Daniel A. Hochheiser

Enclosure
Cc: via ECF to AUSA Gillian Grossman (w/o enclosure) and By Hand with copy of Enclosure