UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
                                   :       **ORDER**
v.                                 :
                                   :
CLINT EDWARDS,                     :       7:18-cr-163 (PMH)
                                   :
           Defendant.              :
------------------------------------------------------------x

      On November 30, 2018, Judge Seibel sentenced Clint Edwards to 240 months' imprisonment ("federal sentence"). (Doc. 42).[1] On August 6, 2021, the case was transferred from Judge Seibel to the undersigned. By letter dated August 7, 2025, the Bureau of Prisons ("BOP") requested guidance from the Court regarding whether Mr. Edwards' federal sentence should run concurrently or consecutively to the sentences he has served with the State of New York.

      On February 7, 2019, Mr. Edwards was sentenced to a term of 3 years' imprisonment for Attempted Criminal Sexual Act in Orange County Court, Case Number 00883-2017. The BOP states that the court intended this sentence to run concurrently with the federal sentence. On April 23, 2019, Mr. Edwards was sentenced to a total term of 7 years' imprisonment in Westchester County Supreme Court for Criminal Sexual Act in Case Number 0878-2017 and Attempted Assault in Case Number 0178S-2018. The BOP states that the court intended this sentence to run concurrently with the federal sentence. Lastly, on May 7, 2019, Mr. Edwards was sentenced to a 1 year and 6 month to 3 year term of imprisonment for Attempted Assault in Westchester County Supreme Court, Case Number 01214-2018. The BOP states that the court intended this sentence to also run concurrently with the federal sentence.

---

[1] On September 27, 2019, Mr. Edwards was also sentenced to a total of 36 months' imprisonment for Threatening a Unted States Judge and Threatening a Law Enforcement Official, 12 months to run consecutively to his 240-month sentence and 24 months to run concurrently. *See* Case No. 19-cr-18, Doc. 29.

1

Judge Seibel previously clarified that she had no objection to Mr. Edwards' federal sentence being concurrent to his state sentences for Criminal Sexual Act (Case Number 00883-2017, Orange County Court, and Case Number 0878-2017, Westchester County Supreme Court) but the decision would be left to the state court judge. (Doc. Nos. 67 & 68). Judge Seibel also clarified that his sentence for Attempted Assault (Case Number 0178S-2018, Westchester County Supreme Court) was unrelated to his federal sentence and should be served concurrently only if ordered by the state court judge. (*Id.*).

The judges in Mr. Edwards' four state court cases all intended that his respective state court sentences should run concurrently to his federal sentence. Therefore, the Court orders that the federal sentence imposed by Judge Seibel shall run concurrently to the state court sentences in Case Numbers 00883-2017, 0878-2017, 0178S-2018 and 01214-2018.

The Clerk of Court is respectfully directed to mail a copy of this Order to: (1) the Bureau of Prisons at U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051, attn Kathy Williams; and (2) Defendant Clint Edwards at # 79278-054, USP Lee U.S. Penitentiary, P.O. Box 305, Jonesville, VA 24263.

**SO ORDERED:**

Dated: White Plains, New York
      August 20, 2025

_____
Philip M. Halpern
United States District Judge